# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| CYRILL A. KOLOCOTRONIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4103-CV-C-NKL |
| | ) | |
| MELANIE GASTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 25, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions and supplemental complaint filed by plaintiff on August 7 and 8, 2006, respectively. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 25, 2006 Report and Recommendation is adopted [5]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 25, 2006
Jefferson City, Missouri